IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN S. WISE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.2:04CV1005-F |
| | ) | WO |
| CITY OF EUFAULA BOARD | ) | |
| OF ZONING ADJUSTMENT and | ) | |
| CITY OF EUFAULA, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum of opinion entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 and the United States Constitution are hereby DISMISSED. Plaintiff's state law claims alleging violations of plaintiff's rights under the Constitution of the State of Alabama and plaintiff's appeal, pursuant to Ala. Code § 11-52-81, of the decision of the Board of Zoning Adjustment are hereby REMANDED to the Circuit Court of Barbour County.

Done, this 29th day of September, 2005.

                                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE